### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LARRY EDWARDS,** | : | CIVIL ACTION |
| Petitioner, | : | |
| | : | |
| v. | : | NO. 11-3227 |
| | : | |
| **MICHAEL WENEROWICZ, et al.,** | : | |
| Respondents. | : | |

### O R D E R

**AND NOW**, this 22nd day of February, 2012, upon careful and independent consideration of the Petition for Writ of Habeas Corpus filed under 28 U.S.C. § 2254 (Doc. No. 1), the Response thereto (Doc. No. 7), and Petitioner's Reply (Doc. No. 11), and after review of the thorough and well-reasoned Report and Recommendation of United States Magistrate Judge Linda K. Caracappa (Doc. No. 12), it is hereby ORDERED that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**.[1]

2. The petition for Writ of Habeas Corpus is **DENIED** and **DISMISSED**.

3. There is no probable cause to issue a certificate of appealability.

4. The Clerk of Court shall mark this case **CLOSED** for statistical purposes.

BY THE COURT:

/s/ *Lawrence F. Stengel*
LAWRENCE F. STENGEL, J.

---

[1] I note that the petitioner did not file objections to the Report and Recommendation.